1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

AMIN A. ARREOLA,

              Plaintiff,

    v.

JOURDAN B. SMITH,

              Defendant.

CASE NO. C14-5363 BHS

ORDER GRANTING
DEFENDANT'S UNOPPOSED
MOTION TO DISMISS AND TO
AMEND CAPTION

This matter comes before the Court on Defendant Jourdan B. Smith's ("Smith")

unopposed motion to dismiss and to amend caption (Dkt. 4).

On April 14, 2014, Plaintiff Amin Arreola ("Arreola") filed a complaint against

Smith alleging defamation that caused a relapse of Arreola's post traumatic stress

disorder.  Dkt. 1, Exh. 2.  On May 2, 2014, Smith removed the matter to this Court.  Dkt.

1.

On May 9, 2014, Smith filed the instant motion requesting dismissal of Arreola's

claims and substitution of the United States of America for Smith because Smith was

acting within the scope of his employment with the federal government at all relevant

ORDER - 1

1  times.  Dkt. 4.  Arreola did not respond, which the Court considers an admission that the

2  motion has merit.  Local Rule 7(b)(2).  On June 6, 2014, Smith replied.  Dkt. 7.

3      With regard to the merits of Smith's motion, the Court agrees with Smith as to

4  both amending the caption and dismissing the complaint.  Arreola has failed to show that

5  he has exhausted his claims or that the defamation claim is not barred.  Therefore, the

6  Court **GRANTS** Smith's motion.  The Clerk shall amend the caption and close this case.

7      **IT IS SO ORDERED.**

8      Dated this 19th day of June, 2014.

9

10  _____
    BENJAMIN H. SETTLE

11  United States District Judge

12

13

14

15

16

17

18

19

20

21

22